UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PERLEY J. THIBODEAU,                    :
                        Plaintiff,      :
                                        :        06 Civ. 1344 (DLC)
            -v-                         :
                                        :        DECISION & ORDER
COMMISSIONER OF SOCIAL SECURITY,        :
                        Defendant.      :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/c9

DENISE COTE, District Judge:

    In accordance with the Mandate issued by the United States

Court of Appeals for the Second Circuit on September 24, 2009,

this matter is hereby

    REMANDED to the Commissioner pursuant to sentence four of

42 U.S.C. § 405(g) for further administrative proceedings.

    SO ORDERED:

Dated:    New York, New York
          September 29, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES MAILED TO:

Perley Thibodeau                    Leslie A. Ramirez-Fisher
405 East 92nd Street, Apt. 20D     Assistant U.S. Attorney
New York, NY 10128                 86 Chambers Street, 3d Floor
                                   New York, NY 10007